IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02311-RPM

AQUA-MEDIC, INC.,

    Plaintiff,
v.

PUBLIC ADJUSTERS OF COLORADO, LLC, and
WILLIAM PAUL McLOUGHLIN,

    Defendants.

_____

## ORDER FOR REMAND
_____

On September 1, 2011, defendants filed a notice of removal of this civil action from the District Court, Larimer County, Colorado, based on 28 U.S.C. § 1332, conferring jurisdiction based on diversity of citizenship. The defendants state that they are a Colorado corporation and a private citizen residing in Littleton, Colorado. 28 U.S.C. § 1441(b) expressly limits removal by excluding actions removable by defendants who are citizens of the state in which the action is brought. Accordingly, it is

ORDERED that this civil action is remanded to the District Court, Larimer County, Colorado.

DATED: September 6th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge